IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERBERT GREGORY WILKINS,

    Plaintiff,

v.

DAVID J. MAHONEY and
DANE COUNTY,

    Defendants.

ORDER

Case No. 18-cv-731-wmc

Plaintiff Herbert Gregory Wilkins brought this action under 42 U.S.C. § 1983 against defendants Sheriff David Mahoney and Dane County. Wilkins claims that the treatment he has been dealing with at Dane County Jail, and by the Dane County Sheriff's Office more generally, violates his constitutional rights. On September 12, 2019, the court issued an order dismissing Wilkins' complaint without prejudice, but giving him until October 3, 2019, to file an amended complaint that corrected the deficiencies the court identified in his complaint. (Dkt. #17.) The court warned Wilkins that his failure to submit an amended complaint would cause the court to dismiss this case with prejudice for failure to prosecute. That deadline has passed, but Wilkins has not filed a proposed amended complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for failure to prosecute.

2. The clerk of court is directed to close this case.

Entered this 8th day of October, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge